**ORIGINAL**

**LODGED** SEP 29 2010 1:45pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

JOHN HARRIS PAER   #1551-0
41 B Kepola Place
Honolulu, Hawaii 96817
Telephone: (808) 595-7070
Facsimile: (808) 595-7179
email: paerj001@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 30 2010

at 8 o'clock and 45 min. A M
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIANA D. ONISHI,<br><br>　　Plaintiff,<br><br>　vs.<br><br>REDLINE RECOVERY SERVICES, LLC.<br><br>　　Defendant. | CIVIL NO. 10-00259 DAE-KSC<br><br>JUDGMENT |

JUDGMENT

JUDGMENT is hereby entered in favor of Plaintiff, KIANA D. ONISHI, and against Defendant, REDLINE RECOVERY SERVICES, LLC., in the amount of Two Thousand Two Hundred Fifty Dollars ($2,250.00) plus costs of the action, plus reasonable attorneys fees through and including September 28, 2010.

DATED: Honolulu, Hawaii, _____SEP 3 0 2010_____

APPROVED AND SO ORDERED:

_[signature]_
UNITED STATES DISTRICT JUDGE