IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIANA D. ONISHI, ) | CIVIL 10-00259-DAE-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| REDLINE RECOVERY SERVICES, ) | |
| LLC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed on November 12, 2010, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on November 15, 2010 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFF'S MOTION FOR

AWARD OF ATTORNEYS FEES BE GRANTED IN PART AND DENIED IN PART," document no. 26, is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 9, 2010.



_____
David Alan Ezra
United States District Judge

Kiana D. Onishi vs. Redline Recovery Services, LLC., Civil No. 10-00259 DAE-KSC; ORDER ADOPTING REPORT OF SPECIAL MASTER